Richard L. Mahfouz II (State Bar No. 246739)
CLERKIN, SINCLAIR & MAHFOUZ, LLP
530 B Street, 8th Floor
San Diego, CA 92101
Tel.: 619-308-6550
Fax: 619-923-3143
Email: rlmahfouz@clerkinlaw.com

Attorney for Plaintiff State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | CIV. NO.: _____ |
|---|---|
| Plaintiff, | JUDGE:_____ |
| v. | COMPLAINT FOR SUBROGATION RECOVERY |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorneys, CLERKIN, SINCLAIR & MAHFOUZ, LLP, complaining against Defendant UNITED STATES OF AMERICA, alleges as follows:

**JURISDICTION AND VENUE**

1.     This is a civil action against the UNITED STATES OF AMERICA brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

2.     Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims occurred in this judicial district. The accident, as discussed below, occurred in this judicial district.

/./././.
/././././.

# PARTIES

3. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ('Plaintiff') is, and was, an Illinois corporation, authorized to transact business in the state of California. Plaintiff is, and was, authorized to transact business in the state of California as an insurer.

4. At all relevant times herein referenced, WILLIS HARVEY was an individual, residing in the County of Los Angeles, State of California, insured by Plaintiff, and the owner of the vehicle that is the subject of this matter.

5. Defendant UNITED STATES OF AMERICA exists under and by virtue of its own laws, has waived sovereign immunity, and is subject to liability for the torts alleged herein pursuant to 28 U.S.C. §2674.

# GENERAL ALLEGATIONS

6. Upon information and belief, on or about June 27, 2019 Defendant UNITED STATES OF AMERICA, through its agency the United States Department of Agriculture was driving at I-10 Eastbound near Garey Avenue in Los Angeles County, California. An employee of the Department of Agriculture, Gabriella Reyes, who at all times herein was acting within her scope of employment or agency with the Department of Agriculture, was driving the Department of Agriculture vehicle eastbound on I-10. Gabriella Reyes began slowing the vehicle due to slowing traffic in front of her. Gabriella Reyes was unable to stop in time and collided with the right rear of the vehicle driven by the Insured.

7. Upon information and belief, the people responsible for the safety of the driving of the Defendants vehicle, were all employees and/or agents of the UNITED STATES OF AMERICA, and/or the Department of Agriculture, and acting within their scope of their employment or agency.

8. At all relevant times herein referenced, Insured is, and was insured against loss and/or damages by Plaintiff under a policy of insurance ("Insurance"), issued by Plaintiff to Insured as the named insured.

/./././.

/./././.

9. Said insured complied with all terms and conditions of said policy and by agreement with Plaintiff filed proof of loss specifying the loss caused by said incident to be in the sums as set out below, and said sums were paid by Plaintiff to or for the benefit of Insured a the request of Insured.

## I.

## CAUSE OF ACTION:

### Negligence

10. Plaintiff alleges and incorporates by reference paragraphs 1 through 9 of this Complaint as if set forth in full herein.

11. The damage to the Insured's vehicle was caused by the negligent, careless, and wrongful acts and/or omissions to act of the UNITED STATES OF AMERICA, through its agents, servants, and employees, acting within the scope of their agency/employment.

12. Among other things, The UNITED STATES OF AMERICA negligently and or carelessly failed to exercise reasonable care, including but not limited to one or more of the following ways:

(a) In causing its vehicle to collide with the Insured's vehicle;

(b) In failing to exercise due care towards motorists/vehicles using the I-10 near Garey Avenue, including the Insured's vehicle;

(c) In failing to not hit the Insured's vehicle as described above;

(d) In failing to properly supervise the agents/employees of the UNITED STATES OF AMERICA and/or the Department of Agriculture, involved in the vehicle driving activities, namely Gabriella Reyes;

13. As a direct and proximate result of the negligence, in one or more ways as described above, of the Defendant, and the damages caused by the Defendant, for the collision of the Insured's vehicle by the Department of Agriculture vehicle, and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of its Insured and the driver and/or passengers in the vehicle the sum of $3,940.59 and became subrogated to that amount.

/././.

/././.

## II. DAMAGES

14. On or about June 27, 2019, Plaintiff made a claim for damages, for and in the amount of damages as described above, against UNITED STATES OF AMERICA and/or the Department of Agriculture and Gabriella Reyes. Despite this, UNITED STATES OF AMERICA refuses to pay said amount of damages, therefore, the claim for damages was rejected.

15. Therefore, Plaintiff is entitled to its right of subrogation to recover said sums, $3,940.59.

16. Despite demand from Plaintiff, Defendant has failed and refused through non-response, and continues to fail and refuse, through non-response, to pay this sum, in whole or in part thereof.

## III. CLAIM FOR RELIEF

WHEREFORE, Plaintiff prays judgment as against Defendants, and each of them, as follows:

1. For the sum of $3,940.59;
2. For costs of suit incurred herein; and
3. For such other and further relief as the court may deem just and proper.

DATED: April 14, 2021

CLERKIN, SINCLAIR & MAHFOUZ, LLP

_____
Richard L. Mahfouz II,
Attorney for Plaintiff State Farm Mutual
Automobile Insurance Company