JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| State Farm Mutual Automobile Insurance Company, | No. CV 21-3197 MWF (PVCx) |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| United States of America, | Honorable Michael W. Fitzgerald United States District Court |
| Defendant. | |

The Court has considered the Stipulation of Dismissal with Prejudice the parties filed.

THE COURT HEREBY ORDERS that this action, CV 21-3197 MWF (PVCx), is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees.

Dated: August 18, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge